442 A.2d 694

COMMONWEALTH of Pennsylvania,

v.

**Allan Dale BUYNA, Appellant.**

Supreme Court of Pennsylvania.

Argued March 4, 1982.

Decided April 2, 1982.

John H. Corbett, Jr., Chief, Appellate Div., David G. Metinko, Pittsburgh, for appellant.

Robert L. Eberhardt, Deputy Dist. Atty., Kemal Alexander Mericli, Sara A. DeCourcy, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.